**FILED**
MAY 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name and Address:
Vance S. Elliott
74 Sixth Street #226
San Francisco, CA 94103-1608

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No.: CV 08 2352 MC

Vance S. Elliott
Plaintiff / Petitioner

VS.

The San Francisco Rent Stabilization and Arbitration Board
Defendant / Respondent

Document Name: Complaint
Demand for Jury Trial

VRW

COMPLAINT
Case No.

1. Federal law requires this Court to decide this case.

2. The violation of the 14th Amendment occurred within the jurisdiction of this Court. The Uniform Visitor Policy enforced upon the tenants of so-called SRO hotels in the SOMA and Tenderlion districts of the City and County of San Francisco is in violation of the 14th Amendment of the Constitution of the United States because Seaction 2 of that Amendment reads as follows: "No State shall make any law abridging the liberty or freedom of citizens of the United States". The preceeding quotation was made from memory. I now quote from the Constituton itself:

THE CONSTITUTION OF THE UNITED STATES

Article IV:

Section 1:

All personson born...in the United States...are citizens of the United States, and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of...liberty without due process of law.

The Declaration of Independence declares that there are certain self-evident truths, that all men are created equal and are endowed by their Creator with rights to life, liberty and the pursuit of hapiness. (Adopted July 4, 1776).

This I state in accordance with Rule 10b of the Federal Rules of Civil Proceedure and this Court's Civil Local Rule 3-4.

When our founding fathers created our system of Constitutional Government, the genius of it was that we could change entire governments, including such agencies of the City of San Francisco as the San Francisco Rent Stabilization and Arbitration Board, without firing one shot, without one drop of blood, without one bomb, without a bullet, without any bloodshed whatsoever.

We must preserve the idea that city agencies such as the Rent Board must operate in the most honorable way, and always act in the best interests of the citizens of San Francisco, and not in the interest of their political careers.

I, a citizen of San Francisco, deserve it. I demand it. We must act for what is in our best interests and that of the State of California. or even in the best intersts of all the citizens of the United States, and in the best interests of those we have elected.to public office.

Therefore, in the spirit of the rights granted by the 14th Amendmendment of the Constitution, I demand a trial by Jury of the defendents, that the Constitution be upheld and that the felonius crimes committed by members of the Rent Board on the persons of tenants of so-called SRO hotels be stopped, and if upon due consideration, the members of the jury find the defendents guilty as charged, that the appropriate criminal penalty be

imposed upon them by Your Honor.

It is a time honored tradition in this Democratic society of ours that every citizen has the right to his day in court and it is in this spirit that I write this Complaint.

If Your Honor imposes the appropriate sentence on each of the perpetrators of this felonious act, and I say felonious act because the Constitution is the law of the land, and has been so ever since it was first promulgated. Therefore, to violate any of its provisions is an act contradictory to and in violation of it, and is therefore a criminal act; must acquiesce to do so. Therefore, I say, on the bais of that to impose any of the provisions of the Uniform Visitor Policy on the person of any citizen of the United States, who happens to be a tenant of a so-called SRO hotel, is a felony, a felony on persons who are hopelessly unable to escape the confines of the ghetto of San Francisco.

Vance G. Elliott
Counsel, Pro se.