**FILED**

MAY 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Vance S. Elliot
  Plaintiff,

vs.

The San Francisco Rent Stabilization and Arbitration Board
  Defendant.

CASE NO. CV 08 80036 MISC

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

EMC

VRW

I, Vance S. Elliot, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___   No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2  _____

3  _____

4  5.   Do you own or are you buying a home?   Yes ___ No _X_

5  Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.   Do you own an automobile?   Yes ___ No _X_

7  Make _____ Year _____ Model _____

8  Is it financed? Yes _____ No _____ If so, Total due: $_____

9  Monthly Payment: $_____

10 7.   Do you have a bank account?   Yes _X_ No ___ (Do not include account numbers.)

11 Name(s) and address(es) of bank: The Washington Mutual Bank

12 8th Street and Merkel

13 Present balance(s): $ 1.00

14 Do you own any cash? Yes ___ No _X_ Amount: $_____

15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 market value.)   Yes ___ No _X_

17 _____

18 8.   What are your monthly expenses?

19 Rent: $ 475.00   Utilities: 0

20 Food: $ 0   Clothing: 0

21 Charge Accounts:

22 Name of Account    Monthly Payment    Total Owed on This Account

23 _____    $_____    $_____

24 _____    $_____    $_____

25 _____    $_____    $_____

26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable. Do not include account numbers.)

28 I have no other debt

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___ No ___
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  ~~Answer~~ Amended Complaint: CV 06-4842 SBA
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  3/17/08                             Vence S. Elton
12      DATE                         SIGNATURE OF APPLICANT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -