UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| VANCE S. ELLIOTT,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO RESIDENTIAL<br>RENT STABILIZATION and<br>ARBITRATION BOARD,<br><br>    Defendant. | No. C 08-02352 SBA<br><br>and Related Cases:<br>    No. C 07-04446 SBA<br>    No. C 06-04842 SBA<br><br>**ORDER**<br><br>[Docket Nos. 26, 35] |

The hearing set for February 3, 2009, at 1:00 p.m., in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612, on the defendant's motions to dismiss [Docket No. 26], is CONTINUED to February 24, 2009, at 1:00 p.m., in the same location.

Further, the Case Management Conference scheduled for February 3, 2009 at 1:00 p.m., *see* Docket No. 35, shall be CONTINUED to February 24, 2009, at 1:00 p.m., in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612. The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for all Judges of the Northern District of California and the Standing Order of this Court.

IT IS SO ORDERED.

February 2, 2009

Saundra Brown Armstrong
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ELLIOTT et al,

        Plaintiff,

v.

SAN FRANCISCO RENT STABILIZATION
AND ARBITRATION B et al,

        Defendant.

Case Number: CV08-02352 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 2, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vance S. Elliott
74 Sixth Street, #226
San Francisco, CA 94103-1608

Dated: February 2, 2009

                                      Richard W. Wieking, Clerk
                                      By: Keely Kirkpatrick, Deputy Clerk