UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VANCE C. ELLIOT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE SAN FRANCISCO RENT AND ARBITRATION BOARD,<br><br>　　　　Defendant. | Case No:  C 08-2352 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting Defendant's Motion to Dismiss,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendant.

Dated: March 25, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ELLIOTT et al,

       Plaintiff,

  v.

SAN FRANCISCO RENT STABILIZATION
AND ARBITRATION B et al,

       Defendant.
_____/

Case Number: CV08-02352 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vance S. Elliott
74 Sixth Street, #226
San Francisco, CA 94103-1608

Dated: March 26, 2009
                              Richard W. Wieking, Clerk
                              By: LISA R CLARK, Deputy Clerk